```
 1  Dean T. Kirby, Jr. (SBN 090114)
    James P. Castranova II (SBN 224184)
 2  KIRBY & McGUINN, A P.C.
    707 Broadway, Suite 1750
 3  San Diego, CA 92101
    Telephone: (619) 685-4000  Facsimile: (619) 685-4004
 4

 5  Forrest L. Ingram
    Michael V. Ohlman
 6  Philip Groben
    Vik Chaudhry
 7  79 W. Monroe St., Suite 900
    Chicago, IL 60603
 8  (312) 759-2838
    Pro Hac Vice Application Pending
 9
    Attorneys for Plaintiff Forrest L. Ingram, P.C.
10
```

11                  IN THE UNITED STATES BANKRUPTCY COURT

12                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  In re: | Chapter 7 |
| 14  WALTER ROCKWELL | Case No. 09-13897-JM7 |
|        a/k/a ROCKY ROCKWELL | |
| 15           Debtor. | Judge James W. Meyers |
| 16  _____ | |
|     FORREST L. INGRAM, P.C. | Adversary No. 09-90570 |
| 17           Plaintiff, | |
| 18           v. | NOTICE OF REQUIREMENTS OF BANKRUPTCY RULE 7016-2 |
| 19  WALTER ROCKWELL | |
| 20       a/k/a ROCKY ROCKWELL | |
| 21           Defendant. | |

22

23     PLEASE TAKE NOTICE that all parties to this Adversary Proceeding are required to comply

24  with Bankruptcy Local Rule 7016-2, which requires among other things that an Early Conference of

25  Counsel or Parties shall take place no later than thirty (30) days after the date all defendants have

26  appeared or defaulted or forty-five (45) days from the date of the first appearance of any defendant,

27  whichever occurs first.

28  / / /

---

1  Rule 7016-2 further requires that no later than five (5) days after the Early Conference of Counsel
2  or Parties, a joint "Certificate of Compliance," Local Form CSD 3018, signed by all parties or counsel
3  shall be filed by the counsel for the plaintiff together with Local Form CSD 3019, "Notice of Pre-trial
4  Status Conference." Plaintiff's counsel will obtain a date for the first status conference and serve notice
5  of the status conference concurrently with the Certificate of Compliance. A copy of CSD 3018 is attached
6  as Exhibit A hereto.

9  DATE: December 16, 2009                    KIRBY & McGUINN, A P.C.

12                                              By: /s/ Dean T. Kirby, Jr.

13                                              Dean T. Kirby, Jr.
                                                Attorneys for Plaintiff
14                                              Forrest L. Ingram, P.C.

**CSD 3018** [12/01/09]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendants(s)

Date & Time of Pre-Trial Status Conference:

Name of Judge:

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**
**[LOCAL BANKRUPTCY RULE 7016-2]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL requirements in accordance with Local Bankruptcy Rule 7016-2(c):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served?  ☐ Yes  ☐ No

2. Have all parties filed and served answers to the complaint, counter-complaints, etc.?  ☐ Yes  ☐ No

**B.  DISCOVERY PLAN:**

1. Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7016-2 require the parties to meet within thirty (30) days after all defendants have appeared or, in cases having multiple defendants, within forty-five (45) days after the first defendant appears.  The parties to this case met on _____.

2. The parties have agreed to make the disclosures required by Fed. R. Bankr. P. 7026(a)(1) by _____.

3. **(Check one)**
   A. The parties have agreed on the discovery plan attached as Exhibit A.  ☐

   or

   B. The parties cannot agree on a discovery plan and scheduling order.  The attached Exhibit A sets forth the parties' disagreements and reasons for each party's position.  ☐

CSD 3018

**Exhibit A Page 1 of 4**

C. **SETTLEMENT OR MEDIATION:**

   1. What is the status of settlement efforts?

   2. Has this dispute been formally mediated? If so, when?

   3. Has mediation been discussed with your client? (See Local Bankruptcy Rule 7016-4.)
      
      Plaintiff            Defendant
      ☐ Yes   ☐ No        ☐ Yes   ☐ No

   4. The parties desire to go to voluntary, non-binding mediation. (See Local Bankruptcy Rule 7016-6.) They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
      First Choice: _____
      Second Choice: _____
      Third Choice: _____
      Parties are requested to notify the courtroom deputy of their preferences at the time a pre-trial status conference date is obtained.

D. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?
      Plaintiff                            Defendant

   2. If your answer to the above is more than five (5) months after the summons issued in this case, give reasons for further delay.
      Plaintiff                            Defendant

   3. When do you expect to complete your discovery efforts?
      Plaintiff                            Defendant

   4. What additional discovery do you require to prepare for trial?
      Plaintiff                            Defendant

E. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage, if applicable)?
      Plaintiff                            Defendant

   2. How many witnesses do you intend to call at trial (including opposing parties)?
      Plaintiff                            Defendant

   3. Are any of the witnesses considered expert witnesses (Fed. R. Evid. 702)? If so, the parties agree to identify their expert witnesses by _____.
      (See Fed. R. Bankr. P. 7026(a)(2)(C))

4. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                              <u>Defendant</u>

5. Are any special accommodations required for witnesses (e.g., assisted listening devices, etc.)? Check one:
☐ No      ☐ Yes - Please specify:

6. Is any special equipment required for presentation of evidence? Check one:
☐ No      ☐ Yes - Please specify:

**F.      ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Dated:_____                           Dated:_____

_____                      _____
Firm Name                                       Firm Name

By:_____                              By:_____
Name:                                           Name:

Attorney for:_____                    Attorney for:_____

**Local Bankruptcy Rule 7016-2(c) requires this form to be filed no later than seven (7) days after early conference of counsel together with the *NOTICE OF PRE-TRIAL STATUS CONFERENCE* (Local Form CSD 3019).**

CSD 3018                                                         **Exhibit A Page 3 of 4**

**EXHIBIT A**

1. **DISCOVERY PLAN**. The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed)

    All discovery commenced in time to be completed by _____. [Discovery on (issue for early discovery) to be completed by _____.]

    Maximum of _____ interrogatories by each party to any other part. [Responses due _____ days after service.]

    Maximum of _____ requests for admission by each party to any other party. [Responses due _____ days after service.]

    Maximum of _____ depositions by plaintiff(s) and _____ by defendant(s).

    Each deposition [other than of _____] limited to maximum of _____ hours unless extended by agreement of parties.

    Reports from retained experts under Fed. R. Bank. P. 7026(a)(2) due:

    a)   from plaintiff(s) by _____

    b)   from defendant(s) by _____

    Supplementations under Fed. R. Bank. P. 7026(e) due (time(s) or interval(s) _____).

2. **OTHER ITEMS**. [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    Plaintiff(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

    Defendant(s) should be allowed until _____ to join additional parties and until _____ to amend the pleadings.

    All potentially dispositive motions should be filed by _____.

    Final lists of witnesses and exhibits under Fed. R. Bank. P. 7026(a)(3) should be due

    a)   from plaintiff(s) by _____

    b)   from defendant(s) by _____

    Parties should have _____ days after service of final lists of witnesses and exhibits to list objections under Fed. R. Bank. P. 7026(a)(3).

    [Other matters.]