Dean T. Kirby, Jr. (SBN 090114)
James P. Castranova II (SBN 224184)
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, CA 92101
Telephone: (619) 685-4000  Facsimile: (619) 685-4004


Forrest L. Ingram
Michael V. Ohlman
Philip Groben
Vik Chaudhry
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838
Pro Hac Vice Application Pending

Attorneys for Plaintiff Forrest L. Ingram, P.C.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 7 |
| WALTER ROCKWELL<br>a/k/a ROCKY ROCKWELL<br>Debtor. | Case No. 09-13897-JM7<br>Judge James W. Meyers |
| FORREST L. INGRAM, P.C.<br>Plaintiff, | Adversary No. 09-90570 |
| v. | PROOF OF SERVICE |
| WALTER ROCKWELL<br>a/k/a ROCKY ROCKWELL<br>Defendant. | |

I, Jacquelyn Rigg, declare under penalty of perjury that the following facts are true and correct: I am a resident of the State of California and over the age of 18 years and not a party to or interested in the above-entitled matter. I am an employee of Kirby & McGuinn, A P.C., and my business address is 707 Broadway, Suite 1750, San Diego, California 92101. On December 18, 2009, I served the following document(s):

- NOTICE OF REQUIREMENTS OF BANKRUPTCY RULE 7016-2

by:

☒ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐ PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

☐ OVERNIGHT DELIVERY: by enclosing, a true copy(ies) in a sealed FedEx envelope(s) addressed as shown below.

☐ VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

☐ VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

Said document(s) was/were served on the following persons:

Quintin G. Shammam  
124 W. Main St., Suite 230  
El Cajon, CA 92020

Walter Rockwell  
13465 Camino Canada, Suite 106,  
PMB 222  
El Cajon, CA 92021

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 18, 2009, at San Diego, California.

/s/ Jacquelyn Rigg