CSD 3005 [06/30/04]
Name, Address, Telephone No. & I.D. No.

Vikrant Chaudhry (SBN 6299272)
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
I.D. No. 6299272

ENTERED 12/31/09

FILED
DEC 3 0 2009
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Walter Rockwell
a/k/a Rocky Rockwell
                                    Debtor

BANKRUPTCY NO. 09-13897

Forrest L. Ingram, P.C.
                                    Plaintiff(s)

ADVERSARY NO. 09-90570

V.
Walter Rockwell
a/k/a Rocky Rockwell
                                    Defendant(s)

## PRO HAC VICE APPLICATION AND ORDER THEREON

I, **Vik Chaudhry**, hereby petition the above-entitled Court to permit me to appear and participate in this case on behalf of [creditor/debtor(s) name(s)] **Forrest L. Ingram, P.C.** and in support of application state:

My residence address is **445 E. Ohio, Apt. 3508, Chicago, IL 60611**
My office address is **79 W. Monroe, Suite 900, Chicago, IL 60603**
My State Bar Membership Number is **6299272**
That, on **November 5, 2009**, I was admitted to practice before **the Supreme Court of Illinois**; and am currently in good standing and eligible to practice in said court;

That I am not currently suspended or disbarred in any other court;

That I [ ] (have) [✓] (have not) currently or within the year preceding this application made any pro hac application to this Court.

(If previous application made, complete the following)

Title of Case: _____
Case Number: _____ Date of Application: _____
Application [ ] granted [ ] denied

Dated: 12/15/2009

_____
Signature of Applicant

### ORDER

IT IS ORDERED that the pro hac application is hereby approved.

Dated: DEC 3 0 2009

_____
Judge, United States Bankruptcy Court

CSD 3005

CSD 3005 (Page 2) [06/30/04]

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Name: Dean T. Kirby, Jr. & James P. Castranova II

Firm: Kirby & McGuinn, A P.C.

Address: 707 Broadway, Suite 1750

State Bar Membership No.: 090114

Telephone No.: 619-525-1652

I hereby consent to the above designation.

DATED: December 15, 2009

Signature of Designee Attorney

Received, $180.00 for Court Library fee

DEC 22 2009

_____
Deputy Clerk, United States District Court

MB, $180.00, 8595

### PRO HAC VICE (for this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, may upon written application and in the discretion of the Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph if the attorney (1) resides in California, (2) is regularly employed in California, or (3) is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence, office address, and State Bar Membership Number; (2) by what court the attorney has been admitted to practice and the date of admission; (3) that the attorney is in good standing and eligible to practice in said court; (4) that the attorney is not currently suspended or disbarred in any other court; and (5) if concurrently or within the year preceding this current application the attorney made any pro hac vice application to this Court, the title and the number of each matter wherein application was made, the date of application, and whether or not the application was granted. The attorney shall also designate in the application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. The attorney shall file with such application the address, telephone number, and written consent of each designee.

Fee:    $180.00 Library fee, payable to Clerk, United States District Court
        Please complete and return the library card with this application.

Application, fee, and library card should be mailed directly to:

> Barry K. Lander, Clerk
> United States Bankruptcy Court
> 325 West "F" Street
> San Diego, California 92101-6991

CSD 3005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**LIBRARY**

APPLICANT  Vikrant Chaudhry
(Please print)

79 W. Monroe St., Suite 900
(Mailing address)

Chicago, IL 60603

**FEES PAID**

312-759-2838
(Telephone)                           (Date)       (Amount)

/s/ Vikrant Chaudhry                  (Initials)
(Signature)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**LIBRARY**

APPLICANT _____
(Please print)

_____
(Mailing address)

**FEES PAID**

_____
(Telephone)                          (Date)       (Amount)

_____
                                      (Initials)
(Signature)

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: tschmitt              Page 1 of 1                  Date Rcvd: Dec 31, 2009
Case: 09-90570                Form ID: pdfO6              Total Noticed: 3

The following entities were noticed by first class mail on Jan 02, 2010.
aty          +Dean T. Kirby, Jr.,   Kirby & McGuinn, A.P.C.,   707 Broadway, Suite 1750,
               San Diego, CA 92101-5393
             +V. Chaudhry, Esq.,    79 W. Monroe St., Suite 900,   Chicago, IL 60603-4914
dft          +Walter Rockwell,    13465 Camino Canada, Suite 106,   PMB 222,   El Cajon, CA 92021-8814

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2010**                         Signature:   _/s/ Joseph Speetjens_